UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOE HAND
PROMOTIONS, INC.,

       Plaintiff,

vs.

JOSEPH R. ROMANO, JR.,

       Defendant.

STIPULATION AND JUDGMENT

Case No. 11CV-699

## STIPULATION AND JUDGMENT

It is hereby stipulated and agreed by and between Joe Hand Promotions, Inc., by its attorneys Dubin & Balistreri, by Peter Balistreri, and Joseph R. Romano, Jr., and his attorneys Schmidt & Grace, by Leon S. Schmidt, Jr., as follows:

1. The clerk of court is directed to enter judgment in favor of Plaintiff Joe Hand Promotions, Inc., and against Joseph R. Romano, Jr., for the sum of $5,000, inclusive of attorney's fees and costs.

2. The Defendant, Joseph R. Romano, Jr., is directed to pay to the said sum of $5,000 on the following schedule:

   a. $1,000 to be paid on or before June 1, 2012;

   b. $1,000 to be paid on or before July 10, 2012;

   c. $1,000 to be paid on or before August 1, 2012;

   d. $2,000 to be paid on or before September 10, 2012;

   e. In the event that Joseph R. Romano should default on any of these payments, the unpaid balance remaining of the $5,000 shall be due and subject to 8% interest applied from the date that this Judgment is entered.

*[signature]*

Joe Hand Promotions, Inc.,
by its attorneys, Dubin & Balistreri,
by Peter Balistreri
1551 N. Prospect Avenue
Milwaukee, WI 53203
State Bar Member No. 1010401
414/277-0600
peter@d-blaw.net

*[signature]*

Joseph R. Romano, Jr.

*[signature]*

Leon S. Schmidt, Jr.
Schmidt & Grace
Attorneys for Joseph R. Romano, Jr.
250 E. Grand Avenue, P. O. Box 994
Wisconsin Rapids, WI 54495-0994
State Bar Member No. 1013567
715/423-4100
lschmidt@wctc.net

## ORDER

Upon the above and foregoing stipulation, Joe Hand Promotions, Inc., is AWARDED JUDGMENT against Joseph R. Romano, Jr., in the sum of $5,000 inclusive of costs and fees, and as more specifically set forth in the above stipulation of the parties.

Entered this 27th day of April, 2012.

BY THE COURT:

*[signature]*

STEPHEN J. CROCKER
Magistrate Judge

Judgment entered this 27th day of April, 2012.

*L. Jensen, Deputy Clerk*                    4/27/2012
PETER OPPENEER                                Date
Clerk of Court